FARMERS' LOAN & TRUST CO. v. CENTRAL PARK, N. & E. R. R. CO.

(Circuit Court, S. D. New York. January 12, 1910.)

PLEADING (§ 258*)—LEAVE TO FILE AMENDED PLEADING.

Leave to file an amended answer after the taking of testimony granted on conditions.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 765–782; Dec. Dig. § 258.*]

In Equity. Suit by the Farmers' Loan & Trust Company against the Central Park, North & East River Railroad Company. On motion for leave to file amended answer. Motion granted.

See, also, 165 Fed. 503.

Turner, Rolston & Horan, for complainant.
Thompson, Vanderpoel & Freedman, for defendant.
Masten & Nichols, for receivers of Metropolitan St. Ry.
Dexter, Osborne & Fleming, for receiver of New York City Ry.
Davies, Stone & Auerbach, for Guaranty Trust Co.
Brownson Winthrop, for Morton Trust Co.
J. Parker Kirlin, for Metropolitan St. Ry. Co.
Jas. L. Quackenbush, for New York City Ry. Co.

LACOMBE, Circuit Judge. The motion for leave to file amended answer in the form submitted is granted, upon condition that the testimony and evidence heretofore taken herein shall have the same effect as if taken, and noticed to be taken, after the filing of said amended answer, and as if the complainant had duly pleaded to said amended answer, and that this cause shall be deemed at issue under the said amended answer for all purposes, without any further pleading or replication by the complainant herein, and that the remaining testimony to be taken herein may be taken without further notice, order, or pleading.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes